IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-03095-CBS

RODRIGO GARCIA VALADEZ,
    Petitioner,

v.

JOHN P. LONGSHORE,
    Respondent.

_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    Upon the filing of the Stipulation of Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (dated March 25, 2015) (Doc. # 8), this civil action is dismissed without prejudice.

    DATED at Denver, Colorado, this 25th day of March, 2015.

                                                              BY THE COURT:

                                                               s/Craig B. Shaffer
                                                    United States Magistrate Judge